UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EDWIN DEAN EPPS, OLIVIA C. TORRES, and RICHARD (RICK) G. JONES, JR., for themselves and on behalf of all similarly situated individuals,<br>    Plaintiffs,<br>v.<br><br>ORANGE LAKE COUNTRY CLUB, INC. d/b/a Orange Lake Resort and Country Club, Orange Lake Resort and Country Club, Inc., and Orange Lake Resorts,<br><br>and<br><br>OLCC VIRGINIA, LLC,<br><br>and<br><br>ORANGE LAKE HOLDINGS, LLP,<br>    Defendants,<br><br>and<br><br>ORANGE LAKE COUNTRY CLUB, INC., OLCC VIRGINIA, LLC and ORANGE LAKE HOLDINGS, LLP,<br>    Third Party Plaintiffs,<br>v.<br><br>STERLING INFOSYSTEMS, INC. d/b/a STERLINGBACKCHECK,<br>    Third Party Defendant. | Case No.: 3:17-cv-00253-JAG |

**ORDER GRANTING CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

This matter is before the Court on Plaintiffs' Consent Motion for Enlargement of Settlement Deadline for them to file a Motion for Order of Preliminary Approval of Class Action Settlement, Appointment of Counsel, Directing Notice to the Cals sand Scheduling a Final Fairness Hearing. Having considered the matter, and deeming it proper and just to do so, it is ORDERED that the Motion is hereby GRANTED. The Plaintiffs shall have until February 2, 2018 to file the appropriate motion.

It is so ORDERED.

1/18/18 /s/
John A. Gibney, Jr.
United States District Judge
United States District Judge