# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| Edwin Epps, Olivia Torres and Richard Jones, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE LAKE COUNTRY CLUB, INC., OLCC VIRGINIA, LLC, ORANGE LAKE HOLDINGS, LLP,<br><br>Defendants. | Civil No. 3:17-cv-00253- JAG |

## PLAINTIFFS' CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FINAL FAIRNESS HEARING

Plaintiffs Edwin Epps, Olivia Torres and Richard Jones, with the consent of Defendants Orange Lake Country Club, Inc., OLCC Virginia, LLC, Orange Lake Holdings, LLP ("Defendants"), entered into a Settlement Agreement attached hereto as Exhibit 1. Pursuant to Fed. R. Civ. P. 23, and for the reasons supplied in the accompanying Memorandum, the Parties respectfully request that the Court enter a Preliminary Approval Order:

(1) Preliminarily approving a proposed class settlement;

(2) Scheduling a fairness hearing;

(3) Certifying the proposed settlement class for purposes of the proposed class settlement;

(4) Appointing class counsel; and

(5) Approving the form and manner of notice proposed to be sent to all members of the settlement class.

**Respectfully Submitted**,

**EDWIN EPPS, OLIVIA TORRES, & RICHARD JONES**
*on behalf of themselves and others similarly situated*,

BY: _____/s/_____

Leonard A. Bennett (VSB 37523)
Craig C. Marchiando (VSB 89736)
Elizabeth W. Hanes (VSB 75574)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
Telephone: 757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

Christopher North
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751 Thimble Shoals Blvd, Suite A
Newport News, VA 23606
Tel: 757-873-1010

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February 2018, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

                                                  /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      763 J. Clyde Morris Blvd, Suite 1A
                                      Newport News, VA  23601
                                      Telephone: (757) 930-3660
                                      Facsimile: (757) 930-3662
                                      Email:  lenbennett@clalegal.com