## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **EDWIN EPPS, OLIVIA TORRES AND RICHARD JONES**, *on behalf of themselves and all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**ORANGE LAKE COUNTRY CLUB, INC., OLCC VIRGINIA, LLC, ORANGE LAKE HOLDINGS, LLP,**<br><br>Defendants. | CASE NO. 3:17-cv-00253JAG |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, DISMISSAL OF CLAIMS WITH PREJUDICE, AND AWARDING ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Now come the Named Plaintiffs, Edwin Epps, Olivia Torres, and Richard Jones, by and through counsel, and hereby moves the Court pursuant to Fed. R. Civ. P. 23 for final approval of the class settlement, dismissal of claims with prejudice, and award of attorneys' fees, costs and service awards. A memorandum in support is attached hereto and incorporated herein.

Respectfully submitted,

BY:     /s/
    Leonard A. Bennett (VSB 37523)
    Craig C. Marchiando (VSB 89736)
    Elizabeth W. Hanes (VSB 75574)
    **CONSUMER LITIGATION ASSOCIATES, P.C.**

763 J. Clyde Morris Blvd. Suite 1A
Newport News VA 23601
Telephone: 757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: elizabeth@clalegal.com

Christopher North
**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
751 Thimble Shoals Blvd, Suite A
Newport News, VA 23606
Tel: 757-873-1010

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2018, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

_____/s/_____
Elizabeth W. Hanes, Esq.
VSB #75574
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: elizabeth@clalegal.com